IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID D. JONES,

      Petitioner,               No. 2:09-cv-3022-LKK-JFM (HC)

   vs.

FRANCISCO JACQUEZ, Warden,

      Respondent.            <u>ORDER</u>

_____/

      On April 22, 2010, respondent filed a motion to dismiss this action for failure to exhaust state court remedies. Petitioner has not opposed the motion.

      Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

      Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition, if any he has, to the motion to dismiss or a

/////

/////

1

statement of non-opposition.  Failure to comply with this order may result in a recommendation that respondent's motion be granted or that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).

DATED: June 3, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
jone3022.46osc

2