1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID D. JONES,

11            Petitioner,              No. CIV S-11-3359 DAD P

12      vs.

13   CONNIE GIPSON,

14            Respondent.              ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.

18            On February 2, 2012, the undersigned ordered respondent to file a response to the

19   pending petition within sixty days.  On March 6, 2012, counsel for respondent filed a motion to

20   consolidate this action with Case No. CIV S-09-3022 LKK JFM.  Therein, counsel explains that

21   on October 4, 2010, Magistrate Judge John F. Moulds recommended that petitioner's request for

22   a stay and abeyance in Case No. CIV S-09-3022 LKK JFM be granted.  United States District

23   Judge Lawrence K. Karlton adopted that recommendation and stayed the case while petitioner

24   filed a petition for writ of habeas corpus with the California Supreme Court.  However, after the

25   California Supreme Court denied petitioner's exhaustion petition, petitioner did not file a motion

26   to lift the stay in Case No. CIV S-09-3022 LKK JFM.  Instead, he filed this new action.

1

1    After reviewing court records, it is clear that counsel for respondent is correct and

2    that this action was opened in error.  Accordingly, the undersigned will grant respondent's

3    motion and direct the Clerk of the Court to re-file petitioner's pending petition, together with a

4    copy of this order, in Case No. CIV S-09-3022 LKK JFM.  Magistrate Judge Moulds may then

5    decide how to proceed with the petition in that action.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  Respondent's motion to consolidate (Doc. No. 18) is granted;

8    2.  The Clerk of the Court is directed to re-file petitioner's pending petition (Doc.

9    No. 1), together with a copy of this order, in Case No. CIV S-09-3022 LKK JFM; and

10    3.  This action is closed.

11   DATED: March 28, 2012.

14   DAD:9
     jone3359.close

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2