IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID D. JONES,

      Petitioner,                      No. CIV S-11-3359 DAD P

   vs.

CONNIE GIPSON,

      Respondent.                 <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On February 2, 2012, the undersigned ordered respondent to file a response to the pending petition within sixty days. On March 6, 2012, counsel for respondent filed a motion to consolidate this action with Case No. CIV S-09-3022 LKK JFM. Therein, counsel explains that on October 4, 2010, Magistrate Judge John F. Moulds recommended that petitioner's request for a stay and abeyance in Case No. CIV S-09-3022 LKK JFM be granted. United States District Judge Lawrence K. Karlton adopted that recommendation and stayed the case while petitioner filed a petition for writ of habeas corpus with the California Supreme Court. However, after the California Supreme Court denied petitioner's exhaustion petition, petitioner did not file a motion to lift the stay in Case No. CIV S-09-3022 LKK JFM. Instead, he filed this new action.

1  After reviewing court records, it is clear that counsel for respondent is correct and
2  that this action was opened in error.  Accordingly, the undersigned will grant respondent's
3  motion and direct the Clerk of the Court to re-file petitioner's pending petition, together with a
4  copy of this order, in Case No. CIV S-09-3022 LKK JFM.  Magistrate Judge Moulds may then
5  decide how to proceed with the petition in that action.

 Accordingly, IT IS HEREBY ORDERED that:

 1. Respondent's motion to consolidate (Doc. No. 18) is granted;

 2. The Clerk of the Court is directed to re-file petitioner's pending petition (Doc. No. 1), together with a copy of this order, in Case No. CIV S-09-3022 LKK JFM; and

 3. This action is closed.

DATED: March 28, 2012.

DAD:9
jone3359.close

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE