IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID D. JONES,

    Petitioner,           No. 2:09-cv-3022-LKK-JFM (HC)

    vs.

FRANCISCO JACQUEZ,

    Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed November 16, 2010, this matter was stayed pending exhaustion of state remedies as to petitioner's first eight claims for relief and petitioner was directed to file a motion to lift the stay within thirty days from the date of any order by the California Supreme Court resolving the claims raised in the exhaustion petition. On December 15, 2011, petitioner filed a petition for writ of habeas corpus that was opened as a new action in this court, Case No. 2:11-cv-3359 DAD (HC). By order filed March 29, 2012, the magistrate judge to whom that action was assigned issued an order that, <u>inter</u> <u>alia</u>, directed the Clerk of the Court to file that petition in the instant action.

        Good cause appearing, IT IS HEREBY ORDERED that:

/////

1

1. The petition for writ of habeas corpus filed by petitioner in Case No. 2:11-cv-3359 on December 15, 2011 and refiled in this action on March 29, 2012 is construed as including a motion to lift the stay of this action;

2. Within fifteen days from the date of this order respondent shall file and serve a response to said motion; and

3. Petitioner's reply, if any, shall be filed and served not later than ten days thereafter.

DATED: April 4, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
jone3022.o