IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID D. JONES,

        Petitioner,               No. 2:09-cv-3022-LKK-JFM (HC)

    vs.

FRANCISCO JACQUEZ,

        Respondent.         FINDINGS AND RECOMMENDATIONS

                                          /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed November 16, 2010, this matter was stayed pending exhaustion of state remedies as to petitioner's first eight claims for relief and petitioner was directed to file a motion to lift the stay within thirty days from the date of any order by the California Supreme Court resolving the claims raised in the exhaustion petition. On December 15, 2011, petitioner filed a petition for writ of habeas corpus that was opened as a new action in this court, Case No. 2:11-cv-3359 DAD (HC). By order filed March 29, 2012, the magistrate judge to whom that action was assigned issued an order that, inter alia, directed the Clerk of the Court to file that petition in the instant action, and by order filed April 6, 2012, this court construed that petition as including a motion to lift the stay of this action and set a briefing schedule on the motion.

1   On April 18, 2012, respondent filed a statement of non-opposition to the motion
2 to lift the stay.
3   Accordingly, good cause appearing, IT IS HEREBY RECOMMENDED that
4 petitioner's motion to lift the stay be granted and this matter referred back to the undersigned for
5 further proceedings.
6   These findings and recommendations are submitted to the United States District
7 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
8 days after being served with these findings and recommendations, any party may file written
9 objections with the court and serve a copy on all parties.  Such a document should be captioned
10 "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
11 failure to file objections within the specified time may waive the right to appeal the District
12 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
13 DATED: April 24, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
jone3022.ls